1  ROGER L. GRANDGENETT, II, ESQ., Bar # 6323
   LITTLER MENDELSON, P.C.
2  3960 Howard Hughes Parkway, Suite 300
   Las Vegas, NV 89169
3  Telephone:   702-862-8800
   Fax:         702-862-8811
4  Email:       rgrandgenett@littler.com

5  KARYN M. TAYLOR, ESQ., Bar # 6142
   NV ENERGY
6  6100 Neil Road
   Reno, NV 89511
7  Telephone:   775-834-5781
   Fax:         775-834-3357
8  Email:       ktaylor@nvenergy.com

9  Attorneys for Defendant NV ENERGY, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FRED ROSENFELD, individually, | Case No. 2:17-cv-03041-JCM-CWH |
| Plaintiff, | |
| vs. | **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT** |
| NV ENERGY, INC., a Nevada corporation; DOES 1-10, inclusive; ROE CORPORATIONS 1-10, inclusive, | |
| | **[FIRST REQUEST]** |
| Defendants. | |

The parties, by and through their attorneys of record, hereby stipulate and agree that the time for Defendant to file a response to Plaintiff's Complaint shall be extended two (2) weeks, up to and including **Monday, January 22, 2018**. Plaintiff filed his *Complaint (Jury Trial Demanded)* on December 12, 2017 and served Defendant on December 18, 2017.

///

///

///

///

This extension of time is necessary to accommodate the workload and schedule of Defendant's counsel, is sought in good faith, and is not made for the purposes of delay.

DATED: December 21, 2017  /s/ Karyn M. Taylor
KARYN M. TAYLOR, ESQ.
Attorney for Defendant

DATED: December 21, 2017  /s/ Kirk T. Kennedy
KIRK T. KENNEDY, ESQ.
Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED this 22nd day of December, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

2:17-cv-03041-JCM-CWH

2

NV ENERGY
6100 NEIL ROAD
Reno, NV 89511
775.834.5781