KIRK T. KENNEDY, ESQ.
Nevada Bar No: 5032
815 S. Casino Center Blvd.
Las Vegas, NV 89101
office: (702) 385-5534
fax: (702) 385-1869
email: ktkennedylaw@gmail.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FRED ROSENFELD, Individually, <br><br> Plaintiff, <br><br> vs. <br><br> NV ENERGY, INC., a Nevada Corporation, DOES 1-10, inclusive; ROE CORPORATIONS 1-10, inclusive, <br><br> Defendants. | 2-17-cv-03041-JCM-CWH |

### STIPULATION TO RESET ENE SESSION
### FIRST REQUEST

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, FRED ROSENFELD, by and through his undersigned counsel, KIRK T. KENNEDY, ESQ., and the Defendant NV ENERGY, INC., by and through its undersigned counsel, KARYN M. TAYLOR, ESQ. and ROGER L. GRANDGENETT, II, ESQ., that the current ENE Session date of March 19, 2018, shall be reset at the Court's convenience.

This stipulation is entered into because Plaintiff is out of the jurisdiction during the week of March 19, 2018.

1

This is the first request by stipulation to reset the ENE Session.

| /s/Kirk T. Kennedy | /s/Karyn M. Taylor |
|---|---|
| KIRK T. KENNEDY, ESQ. | KARYN M. TAYLOR, ESQ. |
| Nevada Bar No: 5032 | Nevada Bar No: 6142 |
| 815 S. Casino Center Blvd. | 6100 Neil Road |
| Las Vegas, NV 89101 | Reno, NV 89511 |
| (702) 385-5534 | (775) 834-5781 |
| Attorney for Plaintiff | Attorney for Defendant |

Dated: 2/5/18

Dated: 2/6/18

/s/Roger L. Grandgenett, II
ROGER L. GRANDGENETT, IIESQ.
Nevada Bar No: 6323
Littler Mendelson
3960 Howard Hughes Pkwy.,#300
Las Vegas, NV 89169
(702) 862-8800
Attorney for Defendant
Dated: 2/6/18

**ORDER**

IT IS SO ORDERED.

Dated this 14th day of February, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

/s/Kirk T. Kennedy
KIRK T. KENNEDY, ESQ.
Nevada Bar No: 5032
Attorney for Plaintiff

IT IS HEREBY ORDERED that the Early Neutral Evaluation Session scheduled for march 19, 2018 is VACATED and RESCHEDULED to 10:00 AM, April 4, 2018. The confidential statement is due March 28, 2018. All else as stated in the Order (ECF No. 7) scheduling the ENE remains unchanged.