# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

FRED ROSENFELD,

        Plaintiff,

vs.

NV ENERGY, INC.,

        Defendant.

2:17-cv-03041-JCM-CWH

**ORDER**

      Before the Court is *Fred Rosenfeld v. NV Energy, Inc.*, case no. 2:17-cv-03041-JCM-CWH. In light of Judge Hoffman's Order (ECF No. 23), the Early Neutral Evaluation session scheduled for April 4, 2018, is VACATED. The parties may file a motion or stipulation to reschedule the ENE, if circumstances change.

      IT IS SO ORDERED.

      DATED this 14th day of March, 2018.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE